IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOAN C. IRBY,

    Plaintiff,

v.

WILLIAM C. THOMPSON, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1340-HLM

## ORDER

This case is before the Court on the Court's own Motion.

On May 5, 2014, Plaintiff filed this lawsuit. (Docket Entry No. 1.) Although Plaintiff's Complaint consists of a request for injunctive relief, Plaintiff has not filed a separate motion requesting injunctive relief. (See generally Compl. (Docket Entry No. 1); see generally Docket.) The Court requires parties who seek temporary restraining orders or preliminary injunctions to file separate motions and supporting briefs requesting such relief. N.D. Ga. 7.1A(1). The Court will not grant a temporary restraining order or a preliminary

AO 72A
(Rev.8/8
2)

injunction simply because a plaintiff's complaint itself requests injunctive relief.

ACCORDINGLY, to the extent that Plaintiff seeks a temporary restraining order, a preliminary injunction, or other emergency injunctive relief, the Court **DIRECTS** Plaintiff to file a separate motion requesting such relief, along with a supporting brief. The Court **DIRECTS** the Clerk to **MAIL** a copy of this Order to Plaintiff at her last-known address: 4015 Westridge Crossing, Woodstock, Georgia, 30188.

IT IS SO ORDERED, this the 6day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8